AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:11-cr-057-LDG-RJJ |
| | ) | |
| Josh Patton, | ) | |
| *Defendant* | ) | |

**ORDER SCHEDULING AN INITIAL APPEARANCE AND ARRAIGNMENT AND PLEA DETENTION HEARING**

A continued initial appearance and detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>Before the Honorable Magistrate Judge George W. Foley, Jr. | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | Wednesday, March 9, 2011, at 3:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    Mar 7, 2011

*Judge's signature*

LAWRENCE R. LEAVITT
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*